UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR ODALLE BROCKMAN,

    Petitioner,                             Civil No. 2:12-CV-15477
                                             HONORABLE VICTORIA A. ROBERTS

v.

STEVE RIVARD,

    Respondent.
_____/

## JUDGMENT

The above entitled came before the Court on a Petition for Writ of Habeas Corpus.

In accordance with the Opinion and Order entered on January 15, 2014:

    (1) The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

    (2) A Certificate of Appealability is DENIED.

    (3) Petitioner is granted leave to appeal *In Forma Pauperis.*

Dated at Detroit, Michigan, this 15th day of January, 2014.

                                                            DAVID J. WEAVER
                                                            CLERK OF THE COURT

                                                BY: s/Holly A. Monda for Carol A. Pinegar
                                                           DEPUTY CLERK

APPROVED:

S/Victoria A. Roberts
VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE